No. 01–742. BULGIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–752. DANIELS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–762. GALLEGO ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–766. BROWNLEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–904. ALANIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 01–1020. SACRAMENTO MUNICIPAL UTILITY DISTRICT v. UNITED STATES;
No. 01–1155. MAINE YANKEE ATOMIC POWER CO. v. UNITED STATES; and
No. 01–1398. OMAHA PUBLIC POWER DISTRICT v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 01–1048. AUDAIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–1113. HAGEN v. UNITED STATES; and
No. 01–8356. BJORKMAN ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 01–1165. BEHARRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–1208. BRADLEY ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 01–1212. GRAND TRUNK WESTERN RAILWAY CO. v. KAPITAN, SPECIAL ADMINISTRATRIX OF THE ESTATE OF KAPITAN. Ct. App. Ind. Certiorari denied. 

No. 01–1220. WALKER v. BAIN ET AL. C. A. 6th Cir. Certiorari denied. 

No. 01–1223. DICO, INC. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.